UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
JOSEPH J. GENTILE, JR., :
                         Plaintiff, :
: 21 Civ. 10388 (LGS)
         -against- :
: ORDER
:
SUPERINTENDENT CAPRA, et al., :
                       Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on December 6, 2021, Plaintiff filed this action pro se;

    WHEREAS, on August 10, 2022, Robert Hantman appeared as counsel for Plaintiff;

    WHEREAS, Defendants have not appeared or been served with the Complaint.  It is hereby

    **ORDERED** that, should Plaintiff wish to amend his Complaint before serving Defendants, he shall file an Amended Complaint by **October 27, 2022**.  It is further

    **ORDERED** that Plaintiff shall file proof of service on the docket by **November 3, 2022**.

Dated: September 29, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE