UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
JOSEPH J. GENTILE, JR.,

                               Plaintiff,                21 Civ. 10388 (LGS)

                    -against-                      ORDER

SUPERINTENDENT CAPRA, et al.,

                              Defendants.
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled in this action for October 19, 2022, at 4:00 P.M. It is hereby

**ORDERED** that the initial pretrial conference scheduled for October 19, 2022, at 4:00 P.M., is **adjourned** to **November 23, 2022, at 4:00 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: October 14, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE