UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH J. GENTILE, JR.,
                              Plaintiff,

                    21 Civ. 10388 (LGS)

-against-

ORDER

SUPERINTENDENT CAPRA, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated September 29, 2022, directed Plaintiff to serve Defendants and file proof of service on the docket by November 3, 2022;

      WHEREAS, no proof of service was filed.  It is hereby

      **ORDERED** that Plaintiff shall serve Defendants and file proof of service on the docket by **November 10, 2022**.  Failure to comply with this Order will result in dismissal of the case.

Dated: November 7, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE