UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOSEPH J. GENTILE, JR.,                                      :
                                        Plaintiff,           :
                                                             :   21 Civ. 10388 (LGS)
                -against-                                    :
                                                             :   ORDER
SUPERINTENDENT CAPRA, et al.,                                :
                                        Defendants.          :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on December 6, 2021, Plaintiff filed this action pro se;

    WHEREAS, on August 10, 2022, Robert Hantman appeared as counsel for Plaintiff;

    WHEREAS, the Order dated November 16, 2022, dismissed this action for failure to prosecute and the case was closed;

    WHEREAS, Plaintiff sent a letter requesting to remove Mr. Hantman as counsel and to proceed in this action pro se. The letter is dated November 17, 2022, and was received on November 29, 2022. It is hereby

    **ORDERED** that, as the case was dismissed, Plaintiff's request is **DENIED** as moot. If Plaintiff wishes to proceed with his claims, he should file a new case.

    The Clerk of Court is respectfully directed to mail a copy of Dkt. Nos. 14-18 to Mr. Gentile.

Dated: December 5, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE